*Lawton Nalley, Charles G. Reynolds,* for plaintiff.

---

### 15601.  SOUTHERN RAILWAY CO. v. EASLEY COTTON MILLS.

LUKE, J. ·This case falls within the rule announced in *Rowe Brothers Motor Express Co.* v. *Twiggs County,* 152 *Ga.* 548 (110 S. E. 303), 28 *Ga. App.* 211 (110 S. E. 925), and cases cited. For this reason the first grant of a new trial will not be disturbed by this court.
　　　*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
　DECIDED OCTOBER 7, 1924. REHEARING DENIED NOVEMBER 12, 1924.

Action for damages; from Fulton superior court—Judge E. D. Thomas. March 24, 1924.

*McDaniel & Neely, Kendrick L. Scott,* for plaintiff in error.
*Watkins & Asbill,* contra.

---

### 15603.  MEDLOCK v. NICHOLS.

BLOODWORTH, J. There is nothing in any of the grounds of the motion for a new trial in this case that requires a reversal of the judgment, and no error was committed when the judge overruled the motion for a new trial. 　　*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
　　　　　　　DECIDED OCTOBER 7, 1924.

Complaint; from city court of Decatur—Judge Daley. April 9, 1924.

*Carl T. Hudgins,* for plaintiff in error.
*L. J. Steele,* contra.